**Petition for Writ of Mandamus Denied and Memorandum Opinion filed October 19, 2023.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-23-00166-CV**

---

**IN RE INVUM THREE, LLC, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2022-25654**

---

## MEMORANDUM OPINION

On March 9, 2023, relator Invum Three, LLC filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Elaine

H. Palmer, presiding judge of the 215th District Court of Harris County, to vacate the trial court's January 17, 2023 amended temporary injunction.

Relator has not established that it is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Poissant.